**Cora M. HILL, Plaintiff–Appellant,**

v.

**James C. HAWKS, Circuit Judge, Circuit Court of the City of Portsmouth; George T. Albiston, Esq.; William F. Devine, Esq.; Supreme Court of Virginia, Defendants–Appellees.**

No. 13–1028.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 26, 2013.

Decided: March 29, 2013.

Cora M. Hill, Appellant Pro Se. Nicholas Foris Simopoulos, Office of the Attorney General of Virginia, Richmond, Virginia; James Arthur Cales, III, Alan Brody

Rashkind, Furniss, Davis, Rashkind & Saunders, Norfolk, Virginia; William Delaney Bayliss, Joseph Earl Blackburn, III, Williams Mullen, Richmond, Virginia, for Appellees.

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cora M. Hill appeals the district court's orders dismissing her civil action for failure to establish a proper basis for jurisdiction over any of the named Defendants and denying reconsideration of those orders. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Hill's informal brief does not challenge the bases for the district court's dispositions, Hill has forfeited appellate review of the court's orders. Accordingly, although we grant leave to proceed on appeal in forma pauperis, we affirm the district court's judgments. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*